JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESMERALDA REYNOSO, | ) | No. 2:19-cv-05687-KES |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| COUNTY OF VENTURA, and DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |

1

**JUDGMENT**

1     On March 8, 2022, the Court entered an order granting defendant County of Ventura's ("County") motion for summary judgment as to all of the claims for relief set forth in plaintiff Esmeralda Reynoso's ("Plaintiff") First Amended Complaint. (Dkt. No. 65.)

    Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters Judgment as follows:

    1.  Judgment entered in favor of the County and against Plaintiff in the amount of $0.00, with fees and costs for $0.00; and

    2.  Plaintiff will take nothing by way of her First Amended Complaint.

**IT IS SO ORDERED AND ADJUDGED**

Dated: April 22, 2022

_____
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE